**ENERGIA ARGENTINA SOCIEDAD ANONIMA**

Law No. 25.943

**The said company is established for the purpose of engaging, itself or through or in partnership with third parties, in the study, exploration, and exploitation of solid, liquid, and/or gaseous Deposits of Hydrocarbons, and the transportation, storage, distribution, sale, and industrialization of these products and their direct and indirect derivatives, as well as the providing of the public service of transportation and distribution of natural gas and the generating, transportation, distribution, and sale of electric energy. Energía Argentina S.A. shall own the exploration permits and the exploitation concessions for the entirety of the national marine areas that are not subject to such permits or concessions, and it may intervene in the market for the purpose of preventing situations of abuse of dominant position that originate in the establishment of monopolies or oligopolies. Composition of the stock capital.**

Approved: 20 October 2004

Promulgated: 2 November 2004

The Senate and the Chamber of Deputies of the Argentina Nation, meeting in Congress, etc., approve with force of Law:

**ARTICLE 1.** ENERGIA ARGENTINA SOCIEDAD ANONIMA is established pursuant to the system created in Chapter II, Section V, of Law No. 19.550 (text established in 1984) and its amending laws, and the provisions of the within law, for the purpose of engaging, itself or through or in association with third parties, in the study, exploration, and exploitation of solid, liquid, and/or gaseous Deposits of Hydrocarbons, and the transportation, storage, distribution, sale, and industrialization of these products and their direct and indirect derivatives, as well as the providing of the public service of transportation and distribution of natural gas, for which said purpose it may process, treat, refine, purchase, sell, convert, import, or export them and may perform any other operation complementary to its industrial and sales activities or any other operation that may prove necessary in order to facilitate the achieving of its purpose. Additionally, the Company may, itself or through or in partnership with third parties, generate, transport, distribute, and sell electric energy. The Company may engage in trade activities connected with energy assets, and may develop any of the activities specified in its purpose, both domestically and in other countries.

**ARTICLE 2.** ENERGIA ARGENTINA SOCIEDAD ANONIMA shall own the exploration permits and the exploitation concessions for the entirety of the national marine areas that are not subject to such permits or concessions as of the date on which the within law takes effect.

In the partnership processes in which it engages, it must implement transparency and competence mechanisms that are in compliance with the provisions of the hydrocarbons law.

**ARTICLE 3.** ENERGIA ARGENTINA SOCIEDAD ANONIMA may operate in any segment of the value chain of energy assets in an integrated manner or independently through specific business units. In its activity it shall aim for the promotion of technological innovation.

**ARTICLE 4.** ENERGIA ARGENTINA SOCIEDAD ANONIMA may intervene in the market for the purpose of preventing situations of abuse of dominant position that originate in the organization of monopolies or oligopolies.

In its activity it shall comply with the policies of the national government. Changes in the articles of incorporation and bylaws must not cause the national government to be placed in a minority situation.

**ARTICLE 5.** The Articles of Incorporation and Bylaws of the Company established pursuant to Article 1 shall contain the provisions required by the Trade Companies Law, subject to the following model:

a) Company name: ENERGIA ARGENTINA SOCIEDAD ANONIMA

b) The Stock Capital shall be represented by Stock Shares owned by the national government.

I) Class A Stock Shares: They shall be common stock shares, having ONE (1) vote per share, and non-transferable, and they shall represent FIFTY-THREE PER CENT (53%) of the Stock Capital. A vote by all these shares at General Meetings shall be required for valid resolutions on the following matters:

(i) Filing for composition with creditors or bankruptcy;

(ii) Amending of the Articles of Incorporation and Bylaws and/or increase in capital;

(iii) Dissolution of the company before its term;

(iv) Any corporate act that involves a danger for the corporate assets and/or the pursuit of the principal purpose of this company;

(v) Change of domicile and/or jurisdiction.

II) Class B and Class C Stock Shares: They shall be registered common stock shares, having ONE (1) vote per Class, shall represent up to TWELVE PERCENT (12%) of the Stock Capital, and shall be owned by the Provincial Jurisdictions that subscribe them.

III) Class D Stock Shares: Authorization is granted for the public offering of these Stock Shares, which represent a total of THIRTY-FIVE PERCENT (35%) of the Stock Capital. Said Stock Shares shall be preferred payment stock shares, without voting rights.

The payment preference shall consist in accelerated payment of their nominal value in the event of liquidation and in the collection of preferred dividends, with payment of said dividends being

pari passu with the common stock shares plus FIVE PERCENT (5%) for each unit.

IV) Class E Stock Shares: The Company may transform Class D Stock Shares into Class E Stock Shares. The Class E Stock Shares shall be publicly offered common stock shares without voting rights.

The Company may issue negotiable debentures. Said debentures may be transformed into Class E Stock Shares.

The rights deriving from the ownership of stock shares by the national government shall be exercised by the Ministry of Federal Planning, Public Investment, and Services, or by the official designated by said Ministry, which said designation must be explicitly granted in the establishment proceeding.

c) The Management and Administration shall be in the hands of a Board of Directors composed of FIVE (5) Regular Directors and FIVE (5) Substitute Directors, for Class A Stock Shares, and TWO (2) Regular Directors and TWO (2) Substitute Directors, for Class B and C Stock Shares, jointly. ONE (1) of the Class A Stock Share Directors must be a person with recognized expertise in the Capital Market.

d) The Audit operation shall consist in an Audit Committee composed of FIVE (5) Regular Auditors and FIVE (5) Substitute Auditors elected by the general meeting of shareholders.

**ARTICLE 6.** The Company shall exercise all the powers, and shall be subject to the internal and external controls, of legal entities of its type. It is empowered to enter into agreements with public and private domestic and foreign companies for the achieving of its Corporate Purpose. The Company shall be governed by the provisions of Article 21 of Law No. 24.624. In addition, it shall be subject to the internal and external controls of the domestic public sector pursuant to the provisions of Law No. 24.156.

**ARTICLE 7.** ENERGIA ARGENTINA SOCIEDAD ANONIMA shall select its personnel according to the criterion of excellence. It may draw upon employees of the national, provincial, or municipal governments. In all cases, it shall have a private-law employer-employee relationship with its personnel.

**ARTICLE 8.** ENERGIA ARGENTINA SOCIEDAD ANONIMA may establish, administer, maintain, operate, manage, and direct a Complete Data Base of Hydrocarbons. Once said Data Base has been created, all hydrocarbon market operators shall have access to it, in conformity with the regulations that may be established at appropriate times. Concessionaires and permit-holders must furnish all the information requested of them by the national Executive Branch.

**ARTICLE 9.** The national Executive Branch is authorized to establish the budget allocations necessary for the subscription and payment of the Stock Capital.

**ARTICLE 10.** Within a period of not more than THIRTY (30) days from approval of the within law, the national Executive Branch must approve the Articles of Incorporation and Bylaws, subject to the guidelines specified in Article 6, and must perform all acts necessary for the constitution and start-up of the Company. It may expressly delegate this power to the Ministry of Federal Planning, Public Investment, and Services.

**ARTICLE 11.** This law is to be sent to the Executive Branch.

GIVEN IN THE MEETING ROOM OF THE ARGENTINE CONGRESS, IN BUENOS AIRES, ON THE TWENTIETH DAY OF THE MONTH OF OCTOBER IN THE YEAR TWO THOUSAND FOUR.

- RECORDED UNDER No. 25.493 –

EDUARDO O. CAMAÑO. – MARCELO A. GUINLE. – Eduardo D. Rollano. – Juan Estrada.

ENERGÍA ARGENTINA Sociedad Anónima – ENARSA                    4

ENERGIA ARGENTINA SOCIEDAD ANONIMA

Ley 25.943

Créase la mencionada empresa, que tendrá por objeto llevar a cabo por sí, por intermedio de terceros o asociada a terceros, el estudio, exploración y explotación de los Yacimientos de Hidrocarburos sólidos, líquidos y/o gaseosos, el transporte, almacenaje, distribución, comercialización e industrialización de estos productos y sus derivados directos e indirectos, así como de la prestación del servicio público de transporte y distribución de gas natural y la generación, transporte, distribución y comercialización de energía eléctrica. Energía Argentina S.A. tendrá la titularidad de los permisos de exploración y de las concesiones de explotación sobre la totalidad de las áreas marítimas nacionales que no se encuentran sujetas a tales permisos o concesiones y podrá intervenir en el mercado a efectos de evitar situaciones de abuso de posición dominante originadas en la conformación de monopolios u oligopolios. Composición del capital social.

Sancionada: Octubre 20 de 2004

Promulgada: Noviembre 2 de 2004

El Senado y Cámara de Diputados de la Nación Argentina reunidos en Congreso, etc. sancionan con fuerza de Ley:

**ARTICULO 1°** — Créase ENERGIA ARGENTINA SOCIEDAD ANONIMA bajo el régimen del Capítulo II, Sección V, de la Ley 19.550 (t.o. 1984) y sus modificatorias, y las disposiciones de la presente ley, la que tendrá por objeto llevar a cabo por sí, por intermedio de terceros o asociada a terceros, el estudio, exploración y explotación de los Yacimientos de Hidrocarburos sólidos, líquidos y/o gaseosos, el transporte, el almacenaje, la distribución, la comercialización e industrialización de estos productos y sus derivados directos e indirectos, así como de la prestación del servicio público de transporte y distribución de gas natural, a cuyo efecto podrá elaborarlos, procesarlos, refinarlos, comprarlos, venderlos, permutarlos, importarlos, o exportarlos y realizar cualquier otra operación complementaria de su actividad industrial y comercial o que resulte necesaria para facilitar la consecución de su objeto. Asimismo, la Sociedad podrá por sí, por intermedio de terceros o asociada a terceros, generar, transportar, distribuir y comercializar energía eléctrica. La Sociedad podrá realizar actividades de comercio vinculadas con bienes energéticos y desarrollar cualquiera de las actividades previstas en su objeto, tanto en el país como en el extranjero.

**ARTICULO 2°** — ENERGIA ARGENTINA SOCIEDAD ANONIMA tendrá la titularidad de los permisos de exploración y de las concesiones de explotación sobre la totalidad de las áreas marítimas nacionales que no se encuentran sujetas a tales permisos o concesiones a la fecha de entrada en vigencia de la presente ley.

En los procesos de asociación que realice deberá observar mecanismos de transparencia y competencia que respeten lo establecido en la ley de hidrocarburos.

**ARTICULO 3°** — ENERGIA ARGENTINA SOCIEDAD ANONIMA podrá operar en cualquier segmento de la cadena de valor de los bienes energéticos en forma integrada o independiente a través de unidades de negocios específicas. En su actividad propenderá a promover la innovación tecnológica.

**ARTICULO 4°** — ENERGIA ARGENTINA SOCIEDAD ANONIMA podrá intervenir en el mercado a efectos de evitar situaciones de abuso de posición dominante originadas en la conformación de monopolios u oligopolios.

En su actuación observará las políticas del Estado nacional y bajo ningún procedimiento las modificaciones estatutarias podrán dejar a éste en situación minoritaria.

**ARTICULO 5°** — El Estatuto de la Sociedad que se crea por el artículo 1°, contendrá los requisitos exigidos por la Ley de Sociedades Comerciales, con sujeción a las siguientes pautas:

a) Razón Social: ENERGIA ARGENTINA SOCIEDAD ANONIMA.

b) El Capital Social estará representado por Acciones de titularidad del Estado nacional.

I) Acciones Clase "A": Serán ordinarias, de UN (1) voto por acción, intransferibles, y representarán el CINCUENTA Y TRES POR CIENTO (53%) del Capital Societario. Se requerirá: El voto de la totalidad de ellas en las Asambleas para que se resuelva válidamente en los siguientes temas:

(i) Presentación en concurso o quiebra;

(ii) Modificación del Estatuto y/o el aumento de capital;

(iii) Disolución anticipada de la sociedad;

(iv) Cualquier acto societario que implique poner en peligro el patrimonio social y/o la prosecución del objeto principal de esta sociedad;

(v) Cambio de domicilio y/o jurisdicción.

II) Acciones Clases "B" y "C": Serán ordinarias escriturales, con derecho a UN (1) voto por Clase, representarán hasta el DOCE POR CIENTO (12%) del Capital Social y serán de titularidad de las Jurisdicciones Provinciales que las suscriban.

III) Acciones Clase "D": Se autoriza la oferta pública de esta clase de Acciones, que representan un total del TREINTA Y CINCO POR CIENTO (35%) del Capital Social. Dichas Acciones serán preferidas patrimoniales, sin derecho a voto.

La preferencia patrimonial consiste en la antelación del reembolso de su valor nominal, en el caso de liquidación y en el cobro de dividendos preferenciales, consistiendo el pago de

estos pari passu con las acciones ordinarias, más una proporción del CINCO POR CIENTO (5%) por cada unidad.

IV) Acciones Clase "E": La Sociedad podrá transformar Acciones Clase "D" en Acciones Clase "E". Las Acciones Clase "E" serán ordinarias y sin derecho a voto y de oferta pública.

La Sociedad podrá emitir obligaciones negociables. Dichas obligaciones podrán transformarse en Acciones Clase "E".

Los derechos derivados de la titularidad de acciones por el Estado nacional serán ejercidos por el Ministerio de Planificación Federal, Inversión Pública y Servicios, o por el funcionario que éste designe, debiendo dicha atribución estar expresamente conferida en el acto constitutivo.

c) La Dirección y Administración estarán a cargo de un Directorio integrado por CINCO (5) Directores titulares y CINCO (5) suplentes, por las Acciones Clase "A" y DOS (2) Directores titulares y DOS (2) suplentes por las Acciones Clase "B" y "C", en forma conjunta. UNO (1) de los Directores por las Acciones Clase "A", deberá poseer reconocida trayectoria en el Mercado de Capitales.

d) El Órgano de Fiscalización estará integrado por una Comisión Fiscalizadora compuesta por CINCO (5) síndicos titulares y CINCO (5) síndicos suplentes elegidos por la asamblea de accionistas.

**ARTICULO 6°** — La Sociedad ejercerá todas las atribuciones y estará sometida a los mismos controles, interno y externo, de las personas jurídicas de su tipo, quedando facultada para suscribir convenios con empresas públicas o privadas, nacionales o extranjeras para el cumplimiento de su Objeto Social. Regirá para esta sociedad lo dispuesto en el artículo 21 de la Ley 24.624. Estará sometida asimismo a los controles interno y externo del sector público nacional en los términos de la Ley 24.156.

**ARTICULO 7°** — ENERGIA ARGENTINA SOCIEDAD ANONIMA seleccionará su personal con un criterio de excelencia, pudiendo convocar a empleados de las Administraciones Públicas Nacional, Provincial o Municipal. En todos los casos, mantendrá con su personal una vinculación laboral de derecho privado.

**ARTICULO 8°** — ENERGIA ARGENTINA SOCIEDAD ANONIMA podrá crear, administrar, mantener, operar, gerenciar y gestionar una Base de Datos Integral de los Hidrocarburos, a la cual, una vez creada, tendrán acceso todos los operadores del mercado hidrocarburífero, conforme a la reglamentación que oportunamente se dicte. Los concesionarios y permisionarios deberán suministrar toda la información que les sea requerida por el Poder Ejecutivo nacional.

**ARTICULO 9°** — Autorízase al Poder Ejecutivo nacional, a realizar las adecuaciones presupuestarias necesarias para suscribir e integrar el Capital Social.

**ARTICULO 10.** — En un plazo no mayor de TREINTA (30) días de sancionada la presente, el Poder Ejecutivo nacional, deberá aprobar el Estatuto Social con sujeción a las pautas previstas en el artículo 6° y realizar todos los actos necesarios para la constitución y puesta en funcionamiento de la Sociedad, pudiendo delegar expresamente esta facultad en el Ministerio de Planificación Federal, Inversión Pública y Servicios.

**ARTICULO 11.** — Comuníquese al Poder Ejecutivo.

DADA EN LA SALA DE SESIONES DEL CONGRESO ARGENTINO, EN BUENOS AIRES, A LOS VEINTE DIAS DEL MES DE OCTUBRE DEL AÑO DOS MIL CUATRO.

— REGISTRADA BAJO EL N° 25.943 —

EDUARDO O. CAMAÑO. — MARCELO A. GUINLE. — Eduardo D. Rollano. — Juan Estrada.

# Eileen B. Hennessy
Translator

551 Fifth Avenue, Suite 720  
New York, N.Y. 10176-0799

Tel. (212) 661-7445  
Fax (212) 661-7471

## AFFIDAVIT OF ACCURACY

STATE OF NEW YORK       )  
CITY OF NEW YORK        : ss:  
COUNTY OF NEW YORK      )

EILEEN B. HENNESSY, being duly sworn, deposes and says:

That she is a professional translator of the English and Spanish languages and that she is fully conversant with said languages.

That on or about the 14th day of September 2007, she made the annexed English-language translation of Argentine Law No. 25.943 establishing the Energía Argentina Sociedad Anónima.

That to the best of her knowledge and belief, said translation is a true and correct English rendering of the original document in Spanish.

That her professional qualifications are as follows: University studies in both languages; practice of the translation profession since 1964; certification for translation from Spanish into English, granted to her by the American Translators Association after her successful completion of a qualifying examination.

_____  
Eileen B. Hennessy

Sworn to before me this  
19th day of September 2007

_____  
Notary Public

SHEILA SIMMONS  
NOTARY PUBLIC, STATE OF NEW YORK  
QUALIFIED IN BRONX COUNTY  
NO. 01SI6146411  
MY COMMISSION EXPIRES MAY 15, 2010